UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re:  BONNIE SUE WILLIAMS                    Case Number 24-50562
                          Debtor.                        Chapter 13

### NOTICE OF HEARING ON TRUSTEE'S
### OBJECTION TO DEBTOR'S AMENDED SCHEDULE C, filed December 16, 2024

Please take notice that a hearing on the Trustee's Objection will be held on:

**January 16, 2025, at 9:30 a.m.**

The parties shall not appear in person. The Meeting ID for the hearing is 160 369 2643, and may be accessed by using the following link: https://vawb-uscourtsgov.zoomgov.com/j/1603692643. For more information on how to access the hearing, please see the Court's website at www.vawb.uscourts.gov.

Your rights may be affected by the Objection and you are directed to appear if you oppose the relief sought.

OFFICE OF THE CHAPTER 13 TRUSTEE
ANGELA M. SCOLFORO, TRUSTEE

Dated:  December 23, 2024

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo, Chapter 13 Trustee
P.O. Box 2103
Charlottesville VA 22902
Tel: (434) 817-9913 ext. 121
AScolforo@CvilleCh13.net

Certificate of Service

I, Angela M. Scolforo, certify that on this 23rd day of December, 2024, I provided electronic service of this Objection and the Notice of Hearing upon the Debtor through her counsel.

/S/ ANGELA M. SCOLFORO

1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re:  BONNIE SUE WILLIAMS                     Case Number 24-50562
                        Debtor.                              Chapter 13

**<u>OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS
ON AMENDED SCHEDULE C, filed December 16, 2024</u>**

COMES NOW the Chapter 13 Trustee, Angela M. Scolforo, and files this Objection to the exemptions claimed on Amended Schedule C filed by the Debtor on December 16, 2024, docket entry no. 27, and in support thereof offers the following:

1. On December 16, 2024, the Debtor filed an amended Schedule C, docket entry no. 27, asserting $2,244.79 exemption under Virginia Code Section 34-26(8) for a 1983 Redmond Mobile Home located at 330 Paine Run Road, Grottoes, Virginia, which has no motor.

2. The Trustee objects the use of the Virginia Code Section 34-26(8) motor vehicle exemption to exempt a mobile home which has no motor.

3. The amended Schedule C also asserts exemptions totaling $2,853.20 using 42 USC Section 407 for three bank accounts and cash:

    a. $1,792.00 in Frontier Community Bank checking account;

    b. $973.83 in Dupont Community Credit Union checking account;

    c. $77.37 in Dupont Community Credit Union savings account; and

    d. $10.00 in cash.

2

4. The Trustee objects to the use of 42 USC Section 407 to exempt $2,853.20 in three bank accounts and cash without proof all funds are derived entirely from social security income.

5. Less than thirty (30) days have passed since the amended Schedule C was filed by the Debtor on December 16, 2024.

THEREFORE, the Trustee prays that this Court (i) deny the claim of exemption by the Debtor using Virginia Code Section 34-26(8) for her mobile home; (ii), deny the claim of exemption by the Debtor using 42 USC Section 407 to exempt $2,853.20 in three bank accounts and cash, and, (iii) grant such other or further relief as this Court deems just.

Dated this 23rd day of December, 2024.

Respectfully submitted,

*/S/ ANGELA M. SCOLFORO*
Angela M. Scolforo, Trustee
P.O. Box 2103, Charlottesville, VA 22902
(434) 817-9913 ext. 121
AScolforo@CvilleCh13.net